RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**RICHARD THOMAS GRANT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH COURT

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 14-00590-PJH |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER AND STIPULATION TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| RICHARD THOMAS GRANT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Assistant United States Attorney Colin Sampson and Randy Sue Pollock that defendant Richard Thomas Grant be permitted to travel to the Southern District of California to meet and confer with attorney William Cohan on February 11, 2015, in San Diego.

Ms. Pollock referred Mr. Grant to Mr. Cohan for a consultation. Mr. Cohan is admitted to practice in this district and has tried criminal cases in this district.

///

///

///

Pretrial Services has no objection to Mr. Grant's travel to San Diego and Mr. Grant has been advised to provide them with a detailed itinerary of his travel plans.

Date:  February 3, 2015   _____/s/_____
Randy Sue Pollock
Counsel for Defendant
Richard Thomas Grant

Date:  February 3, 2015   _____/s/_____
Colin Christopher Sampson
Assistant United States Attorney

SO ORDERED:

February  4 , 2015   Kandis Westmore
Kandis A. Westmore
United States Magistrate Judge

2