BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MATTHEW J. KLUGE (PABN 204285)
Trial Attorney, Tax Division
matthew.j.kluge@usdoj.gov
COLIN SAMPSON (CABN 249784)
Assistant United States Attorney, Tax Division
Colin.Sampson@usdoj.gov
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Telephone:   (415) 436-7020
Facsimile:     (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD THOMAS GRANT,<br><br>Defendant. | Case No. 4:14-cr-00590-PJH<br><br>UNITED STATES' NOTICE OF PURSUANT TO RULE 803(10)(B) OF INTENT TO OFFER INTO EVIDENCE CERTIFICATIONS OF ABSENCE OF PUBLIC RECORDS |

The United States of America, by and through undersigned counsel, hereby provides notice of its intent to offer evidence pursuant to Federal Rules of Evidence 803(10) and 902(1). Specifically, the Government intends to offer into evidence Certifications of Lack of Record obtained from the California Franchise Tax Board. The Government asserts that such records are self-authenticating and fall within an exception to the hearsay rule.

Rule 902 provides that certain evidence is self-authenticating, and thus does not require any extrinsic evidence of authenticity to be admitted. Rule 902(1) applies to domestic public documents that

are signed and sealed, and provides that a document bearing a seal purporting to be that of the United States, any state, or a department or agency thereof, and a signature purporting to be an execution or attestation is self-authenticating.

Rule 803 provides a number of exceptions to the general prohibition against the admission of hearsay.  Rule 803(10) relates to testimony regarding the absence of a public record.  Specifically, Rule 803(10) states that the following is not excluded by the rule against hearsay: "Testimony – or a certification under Rule 902 – that a diligent search failed to disclose a public record or statement if: (A) the testimony or certification is admitted to prove that (i) the record or statement does not exist. . ." Fed. Rule Evid. 803(10).

Rule 803(10)(B) requires the Government to provide notice to a defendant when the Government intends to introduce a certification at least 14 days before trial.  Rule 803(10)(B) was amended as of December 1, 2013, to include this notice provision following the United States Supreme Court's decision in *Melendez-Diaz v. Massachusetts*, 557 U.S. 305 (2009).  *See* Fed. Rule Evid. 803, Advisory Committee Notes, 2013 Amendments.  In *Melendez-Diaz*, the Supreme Court stated that a testimonial certificate could be admitted, without violating the Confrontation Clause, if the accused is given advance notice and does not timely demand the presence of the official who prepared the certificate.  *Melendez-Diaz*, 557 U.S. at 326-327.

Trial in this matter is scheduled to begin on June 6, 2016.  In accordance with Rule 803(10)(B), the Government hereby gives written notice of its intent to offer at trial the following certifications of an absence of a public record to prove that the record or statement does not exist:

1. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2000;
2. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2001;
3. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2002;
4. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2003;

5. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2004;

6. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2005;

7. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2006;

8. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2007;

9. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2008;

10. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2009;

11. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2010;

12. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2011;

13. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2012;

14. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2013;

15. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2014;

16. Certification of Lack of Record for Form 540 California Resident Income Tax Return for Richard Grant for 2015;

17. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2002;

18. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2003;

19. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2004;

20. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2005;

21. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2006;

22. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2007;

23. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2008;

24. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2009; and

25. Certification of Lack of Record for Form 565 California Partnership Return of Income for Grant Engineering & Manufacturing, Inc. for 2010.

The Government has provided copies of these certifications to Defendant in discovery, at *Bates*-numbers US17618-643. In addition, the original certifications are available to Defendant for inspection.

Respectfully submitted this 20th day of May, 2016.

        BRIAN J. STRETCH
        United States Attorney


        */s/ Colin Sampson*
        MATTHEW J. KLUGE
        Trial Attorney, Tax Division
        COLIN SAMPSON
        Assistant United States Attorney, Tax Division

        Attorneys for United States of America