# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

Date: June 16, 2016 (Time: 4 hours 35 minutes)  JUDGE: Phyllis J. Hamilton

Case No: CR-14-590 PJH
Case Name: UNITED STATES v. RICHARD THOMAS GRANT (PRESENT)

Attorney for Plaintiff: Colin Sampson; Matthew Kluge
Attorney for Defendant: William Cohan

Deputy Clerk: Nichole Peric     Court Reporter: Raynee Mercado

### PROCEEDINGS

Jury Trial (day 5)-Held. See attached exhibit and witness list.

**CASE CONTINUED TO: June 17, 2016 at 8:30 a.m. for Jury Trial (day 6)**.

cc: chambers

| JUDGE: PHYLLIS J. HAMILTON | | PLAINTIFF ATTORNEY: Colin Sampson; Matthew Kluge | DEFENSE ATTORNEY: William Cohan | | |
|---|---|---|---|---|---|
| JURY SELECTION: June 7, 2016 | | REPORTER(S): Raynee Mercado | CLERK: Nichole Peric | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Thursday, June 16, 2016** | |
| | | 8:44 a.m. | | | The Court is back in session; the jury is present | |
| | | 8:45 a.m. | | | Defendant calls 2nd witness Dr. George Woods | |
| | | 10:08 a.m. | | | The jury takes a break | |
| | | 10:08 a.m. | | | The Court discusses rulings with the parties out of the presence of the jury | |
| | | 10:10 a.m. | | | The Court takes a break | |
| | | 10:26 a.m. | | | The Court is back in session; the jury is present | |
| | | 10:26 a.m. | | | Cross examination of Dr. Woods | |
| | | 11:24 a.m. | | | Re-direct examination of Dr. Woods | |
| | | 11:51 a.m. | | | Re-cross examination of Dr. Woods | |
| | | 11:54 a.m. | | | Dr. Woods is excused | |
| | | 11:55 a.m. | | | The Court takes a break | |
| | | 12:12 p.m. | | | The Court is back in session; the jury is present | |
| | | 12:12 p.m. | | | Defendant calls 3rd witness Peymon Mottahedeh | |
| | 514 | 6/6/16 | X | X | Royal Freedom Package Enrollment Letter (3/28/2006) | |
| | 515 | 6/6/16 | X | X | Royal Freedom Package Enrollment Letter (3/6/2008) | |
| | 516 | 6/6/16 | X | X | Royal Freedom Package Renewal Notice (3/8/2012) | |
| | 517 | 6/6/16 | X | X | Royal Freedom Payment Statements | |
| | 518 | 6/6/16 | X | | | |
| | 522 | 6/6/16 | X | | | |
| | | | | | Previously marked and admitted government exhibits 106, 108, 111, 110, 112, 116, 117 used in conjunction with this witness | |
| | 602 | 6/6/16 | X | X | 6/21/2007 letter from Richard Grant to IRS re not attending meeting on 5/24/2007 | |
| | 604 | 6/16/16 | X | | | |
| | 605 | 6/16/16 | X | | | |

| | 606 | 6/6/16 | X | X | 9/7/07 Order Denying Motion for Summary Judgment | |
|---|---|---|---|---|---|---|
| | | | | | Previously marked and admitted government exhibit 121 used in conjunction with this witness | |
| | 608 | 6/6/16 | X | X | 10/9/07 Petitioner's Statement | |
| | | | | | Previously marked and admitted government exhibit 128 used in conjunction with this witness | |
| | | 1:37 p.m. | | | The Court reads a limiting instruction to the jury | |
| | | 1:38 p.m. | | | Continued direct examination of Mr. Mottahedeh | |
| | | | | | Previously marked and admitted government exhibit 129 used in conjunction with this witness | |
| | | 1:42 p.m. | | | The jury is released for the day | |
| | | 1:43 p.m. | | | The court discussed evidentiary issues and the schedule with the parties | |
| | | 1:49 p.m. | | | The Court adjourns for the day | |