UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

Date: June 17, 2016 (Time: 6 hours 20 minutes)     JUDGE: Phyllis J. Hamilton

Case No: CR-14-590 PJH
Case Name:   UNITED STATES   v. RICHARD THOMAS GRANT (PRESENT)

Attorney for Plaintiff:     Colin Sampson; Matthew Kluge
Attorney for Defendant:     William Cohan

**Deputy Clerk:** Nichole Peric     **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Jury Trial (day 6)-Held.  See attached exhibit and witness list.

**CASE CONTINUED TO:** June 20, 2016 at 8:30 a.m. for Jury Trial (day 7).

cc: chambers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

14-cr-00590-PJH-1     **USA** v. **Richard Thomas Grant**

### EXHIBIT and WITNESS LIST

| **JUDGE:** PHYLLIS J. HAMILTON | **PLAINTIFF ATTORNEY:** Colin Sampson; Matthew Kluge | **DEFENSE ATTORNEY**: William Cohan |
|---|---|---|
| **JURY SELECTION**: June 7, 2016 | **REPORTER(S):** Raynee Mercado | **CLERK**: Nichole Peric |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Friday, June 17, 2016** | |
| | | 8:33 a.m. | | | The Court is back in session; the jury is present | |
| | | 8:34 a.m. | | | Continued direct examination of Mr. Mottahedeh | |
| | | | | | Previously marked and admitted government exhibit 129, 130, 359, 134, 136, 358, 138 and 140 used in conjunction with this witness | |
| | 611 | 6/17/16 | X | | | |
| | 612 | 6/17/16 | X | | | |
| | 613 | 6/17/16 | X | X | 7/20/05 FTB letter to Peymon re notice of oral hearing | |
| | 627 | 6/17/16 | X | X | 4/20/10 Power of Attorney | |
| | 637 | 6/17/16 | X | X | Board of Equalization State of CA Summary Decision | |
| | 534 | 6/17/16 | X | X | Letter | |
| | | 9:38 a.m. | | | Cross examination of Mr. Mottahedeh | |
| | | | | | Previously marked and admitted defense exhibit 515 used in conjunction with this witness | |
| | | 9:52 a.m. | | | Re-direct examination of Mr. Mottahedeh | |
| | | 9:53 a.m. | | | Mr. Mottahedeh is excused | |
| | | 9:54 a.m. | | | Defense calls 4th witness Richard Grant | |
| | 504 | 6/17/16 | X | X | Summary by Richard Grant | |
| | | 10:15 a.m. | | | The jury takes a break | |
| | | 10:16 a.m. | | | The Court addresses the note submitted by juror #5 | |
| | | 10:18 a.m. | | | The Court takes a break | |
| | | 10:33 a.m. | | | The Court is back in session; the jury is present | |
| | | 10:33 a.m. | | | Continued direct examination of Richard Grant | |
| | 506 | 6/17/16 | X | | | |
| | | 11:05 a.m. | | | The clips from exhibit 506 are played for the jury | |
| | | 11:37 a.m. | | | The Court reads a limiting instruction to the jury | |

|     |       | 11:38 a.m. |   |   | Continued direct examination of Mr. Grant |     |
|-----|-------|------------|---|---|-------------------------------------------|-----|
|     | 506 A | 6/17/16    | X | X | Clips from CSPAN-2 Video                  |     |
|     | 511   | 6/17/16    | X |   |                                           |     |
|     | 507   | 6/17/16    | X | X | USA Today/We The People Advertisements    |     |
|     | 508   | 6/17/16    | X | X | A Special Report from American Free Press on the Bold Efforts of the We The People |     |
|     | 509   | 6/17/16    | X | X | USA Today/We the People Advertisements    |     |
|     | 510   | 6/17/16    | X | X | USA Today/We the People Advertisements 2/16/01 |     |
|     | 512   | 6/17/16    | X | X | Reliance Opinions from Attorneys (3/18/2001) |     |
|     | 513   | 6/17/16    | X | X | Reliance Opinions from Attorneys (3/26/2001) |     |
|     |       | 12:00 p.m. |   |   | The jury takes a break                    |     |
|     |       | 12:01 p.m. |   |   | The Court discusses issue regarding juror #5; juror #5 is brought into the Courtroom |     |
|     |       | 12:10 p.m. |   |   | Juror #5 is released to finish up the break |     |
|     |       | 12:10 p.m. |   |   | The Court takes a break                   |     |
|     |       | 12:23 p.m. |   |   | The Court is back in session; the jury is present |     |
|     |       | 12:23 p.m. |   |   | Continued direct examination of Mr. Grant |     |
|     | 522   | 6/17/16    | X | X | Investigating the Federal Income Tax, a Preliminary Report by Joe Bannister - 1st Edition |     |
|     | 523   | 6/17/16    | X | X | Investigating the Federal Income Tax, a Preliminary Report by Joe Bannister - 2nd Edition |     |
|     |       |            |   |   | Previously marked and admitted government exhibit 358 and 359 used in conjunction with this witness |     |
|     | 537   | 6/17/16    | X |   |                                           |     |
|     | 537 A | 6/17/16    | X | X | Clip from Russo's Freedom to Fascism      |     |
|     |       | 12:35 p.m. |   |   | Clips from 537A are played for the jury   |     |
|     |       | 12:45 p.m. |   |   | Cross examination of Mr. Grant            |     |
|     |       | 1:30 p.m.  |   |   | The Jury is admonished and released for the day |     |
|     |       | 1:30 p.m.  |   |   | The Court informs juror #5 that the Court will attempt to contact his doctor to reschedule his Monday appointment |     |
|     |       | 1:30 p.m.  |   |   | Juror # 5 is released for the day         |     |
|     |       | 1:33 p.m.  |   |   | The Court takes a break until 2:30 p.m.   |     |
|     |       | 2:30 p.m.  |   |   | The Court is back in session out of the presence of the jury; Defendant's Rule 29 Motion is denied as stated on the record; the court finalizes jury instructions |     |
|     |       | 4:15 p.m.  |   |   | The Court adjourns for the day            |     |